

February 19, 2019

Michelle Goldberg-Cahn
New York City Law Department
100 Church Street
New York, NY  10007

    Re:    Schwartz v. City of New York
            Case No. 1:19-cv-463

Dear Ms. Goldberg-Cahn:

I serve herewith Dr. Schwartz's motion for a preliminary injunction against enforcement of Law No. 2018/22.  The following documents are included:

1. Notice of Motion and Motion for Preliminary Injunction;
2. Memorandum in Support of Motion for Preliminary Injunction;
3. Declaration of Jeana Hallock in Support of Motion for Preliminary Injunction; and
4. Declaration of David Schwartz in Support of Motion for Preliminary Injunction.

Best regards,

Roger G. Brooks
Senior Counsel

Enclosures

15100 N. 90th Street, Scottsdale, AZ 85260    Phone: 480.444.0020    Fax: 480.444.0025    ADFlegal.org