

February 25, 2019

Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Schwartz v. City of New York, et al.*
             Case No. 1:19-cv-463

Your Honor,

    We submit this joint letter on behalf of all parties in the above-captioned matter.

    The parties, Plaintiff Dr. David Schwartz and Defendants City of New York and Lorelei Salas, in her official capacity as Commissioner of the Department of Consumer Affairs, jointly notify this Court that they have agreed to the following schedule regarding the remaining briefing on the Plaintiff's Motion for Preliminary Injunction:

- Defendants' opposition to the Plaintiff's Motion for Preliminary Injunction will be served on March 28, 2019; and

- Plaintiff's Reply in Support of his Motion for Preliminary Injunction will be served April 11, 2019.

    Plaintiff respectfully requests that this Court schedule a hearing on Plaintiff's Motion for Preliminary Injunction as soon as practicable after the completion of the briefing on April 11. Defendants do not oppose this request.

    The parties thank you for your consideration.

| | |
|---|---|
| s/ Michelle Goldberg-Cahn | s/ Roger G. Brooks |
| Michelle Goldberg-Cahn | Roger G. Brooks |
| New York City Law Department | Jeana Hallock* |
| 100 Church Street | Alliance Defending Freedom |

Hon. Raymond J. Dearie
February 25, 2019
Page 2

New York, NY 10007
(212) 356-2199 (T)
migoldbe@law.nyc.gov

15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020 (T)
480-444-0028 (F)
rbooks@adflegal.org
jhallock@adflegal.org

Attorneys for Plaintiff

* Admitted *Pro Hac Vice*