# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| Dr. David Schwartz,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>The City of New York and<br>Lorelei Salas, in her official capacity as<br>Commissioner of the Department of<br>Consumer Affairs,<br><br>　　　　　　　　Defendants. | Case No.: 1:19-CV-463-RJD-ST<br><br>NOTICE OF APPEARANCE |

To:   The clerk of court and all parties of record

I was admitted to practice in this court on January 20, 2011, and I appear in this case as co-counsel for Plaintiff Dr. David Schwartz.

Dated this 19th day of March, 2019.

　　　　　　　　　　　　　　　　s/Jeffrey A. Shafer
　　　　　　　　　　　　　　　　Jeffrey A. Shafer
　　　　　　　　　　　　　　　　ALLIANCE DEFENDING FREEDOM
　　　　　　　　　　　　　　　　15100 N. 90th Street
　　　　　　　　　　　　　　　　Scottsdale, AZ 85260
　　　　　　　　　　　　　　　　(480) 444-0020 telephone
　　　　　　　　　　　　　　　　(480) 444-0028 fax
　　　　　　　　　　　　　　　　jshafer@adflegal.org