# WILMERHALE

March 28, 2019

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**VIA EMAIL**

Roger G. Brooks, Esq.
Alliance Defending Freedom
440 First St. NW, Suite 600
Washington, DC 27705
rbrooks@adflegal.org

**VIA EMAIL AND FEDEX**

Jake Warner, Esq.
Alliance Defending Freedom
15100 N. 90th St.
Scottsdale, AZ 85260
jwarner@adflegal.org

Re: *Schwartz v. City of New York, et al.*, Case No. 1:19-cv-463

Counsel:

Together with the New York City Law Department, this firm represents the Defendants in the above-referenced litigation. Enclosed herewith please find two copies of each of the following documents:

1. Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction
2. Declaration of Judith M. Glassgold, Psy.D. and accompanying exhibits
3. Declaration of Douglas C. Haldeman, Ph.D. and accompanying exhibits
4. Declaration of Alan Schoenfeld and accompanying exhibits

In accordance with the Individual Motion Practices of Judge Raymond J. Dearie, we are:
(1) serving the above-identified papers on you; (2) filing a PDF of this cover letter with the Clerk of the Court via the Court's electronic filing system; and (3) mailing a copy of this cover letter to Ellen Mulqueen, the Court's Case Manager.

Very truly yours,

Alan E. Schoenfeld

WILMERHALE

Brooks et al.
March 28, 2019
Page 2

Enclosures

cc (w/o enclosures):   Ellen Mulqueen, Case Manager
　　　　　　　　　　　Chambers of The Honorable Raymond J. Dearie
　　　　　　　　　　　United States District Court, Eastern District of New York
　　　　　　　　　　　225 Cadman Plaza East
　　　　　　　　　　　Brooklyn, New York 11201
　　　　　　　　　　　(via ECF and U.S. Mail)

　　　　　　　　　　　Counsel of Record
　　　　　　　　　　　(via ECF)