

April 25, 2019

**BY ECF**

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Schwartz v. City of New York*, No. 1:19-cv-463

Dear Judge Dearie,

    I write on behalf of Plaintiff in the above-mentioned case to request an adjournment of the hearing now scheduled for June 17, 2019.  This is Plaintiff's first request to adjourn the hearing; Defendants' counsel consents.

    This request is necessitated because the undersigned, who will argue on behalf of the Plaintiff, will be returning from a long-scheduled and ticketed family trip to Ireland late in the evening before the hearing, making it difficult or impractical to be in New York in time for that hearing.  Accordingly, I would request the Court's indulgence and request a brief adjournment, to which Defendants have consented.  If the Court is amenable to changing the date, the parties are available the following Monday, June 24.  If this time is not convenient for the Court, the parties will confer and propose alternative dates.

    Respectfully submitted,

    /s/ Roger G. Brooks
    Roger G. Brooks
    Counsel for Plaintiff

cc:  Counsel of record via ECF