WILMERHALE

September 11, 2019

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**BY ECF**

The Honorable Raymond J. Dearie
United States District Court
  For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Schwartz v. City of New York*, No. 1:19-cv-463

Dear Judge Dearie:

I write on behalf of Defendants in the above-referenced case. In the interest of keeping the Court apprised of developments relevant to this case, I write to notify the Court of the New York City Council's announcement of a hearing on September 12, 2019 for a bill introduced by Council Speaker Johnson to consider the immediate repeal of Local Law 22 of 2018, also known as Administrative Code § 20-825, retroactive to the date of the hearing.

Information concerning the proposed repeal bill, including its text, may be found at: https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=4131680&GUID=FD897AED-F6C6-43F1-9F26-B84AAD575AC6&Options=&Search.  A copy of the published Proposed Agenda for the Stated Meeting of the Council on September 12, 2019 is filed herewith as Exhibit A; the introduction and reading of bills appears as the 13th agenda item on page 3, and the proposed repeal bill is the first item on the first page of the list attached to the Proposed Agenda. *See* Ex. A at 3, 5.

I will keep the Court apprised of any further developments.

Respectfully submitted,

*/s/ Alan E. Schoenfeld*

Alan E. Schoenfeld


Encls.

cc:    All counsel via ECF

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington