## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. DAVID SCHWARTZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK and LORELEI SALAS, in her official capacity as Commissioner of the Department of Consumer Affairs,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:19-CV-00463-RJD-ST<br><br>**JOINT STATUS REPORT** |

　　　　Pursuant to the Court's order of March 25, the parties were directed to file "a joint status report updating the Court as to where the case stands."

　　　　Counsel for both parties state that the parties have reached agreement on the principal terms of a resolution that will include a stipulated dismissal and will render further proceedings unnecessary. The parties are currently negotiating details of the documentation of that agreement and expect to contact the Court in the near future.

　　　　Respectfully submitted this 5th day of June, 2020.

| */s/ Roger G. Brooks* | */s/ Alan E. Schoenfeld (w/permission)* |
|---|---|
| Roger G. Brooks<br>Jeffrey A. Shafer<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(T) (480) 444-0020<br>rbrooks@adflegal.org<br>jshafer@adflegal.org<br><br><br><br>Barry Black<br>NELSON MADDEN BLACK LLP | JAMES E. JOHNSON<br>Corporation Counsel of the<br>City of New York<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2199<br><br><br>Michelle Goldberg-Cahn<br>Assistant Corporation Counsel<br>Alan E. Schoenfeld<br>Andrew Sokol<br>WILMER CUTLER PICKERING HALE AND DORR LLP |

1

| | |
|---|---|
| The French Building<br>551 Fifth Ave., 31st Floor<br>New York, NY 10176<br>(T) (212) 382-4300 | 7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>T: (212) 937-7252<br>F: (212) 230-8888 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |