UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DR. DAVID SCHWARTZ,

                                         Plaintiff,

                  -against-

THE CITY OF NEW YORK and LORELEI SALAS, in her official capacity as Commissioner of the Department of Consumer Affairs,

                                      Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

19-CV-463(RJD)

------------------------------------------------------------------------ x

       **NOW COME** the parties and jointly stipulate to the dismissal of this action with prejudice. In support thereof, the parties state as follows:

       1)     Local Law 22 of 2018 (codified at New York City Administrative Code §§ 20-824 – 20-827), upon which this lawsuit was based, has been repealed.

       2)     The parties have reached a resolution in this case that resolves all claims, without admission of liability by any party.

       3)     The parties stipulate that this lawsuit should be dismissed with prejudice.

       4)     This is not a class action lawsuit, no receiver has been appointed, and no federal statute requiring a court order for dismissing a case governs this lawsuit.

       5)     Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

6) Except as agreed to in their Stipulation of Settlement dated June 22, 2020 (the "Settlement Agreement"), each party is to bear its own costs, expenses, and attorneys' fees.

Dated: New York, New York
June ___, 2020

| | |
|---|---|
| ALLIANCE DEFENDING FREEDOM<br>Attorney for Plaintiff<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>Tel: 480-444-0020<br><br>By: _____<br>Roger G. Brooks<br><br>NELSON MADDEN BLACK LLP<br>Attorney for Plaintiff<br>475 Park Avenue South<br>Suite 2800<br>New York, New York 10022<br>Tel: 212-382-4300 | JAMES E. JOHNSON<br>Corporation Counsel of the<br>City of New York<br>Counsel for Defendants          7/5/2020<br>100 Church Street<br>New York, New York 10007<br>Tel: 212-356-2199<br><br>By: _____<br>Michelle Goldberg-Cahn<br>Assistant Corporation Counsel<br><br>Alan E. Schoenfeld<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>T: (212) 937-7252 |

The Clerk of the Court is directed to close this case.

SO ORDERED:

__/s/ Raymond J. Dearie_____
Hon. Raymond J. Dearie, U.S.D.J.

Dated: 7/21/2020